No. 75–1477. LITTLE ET AL. *v.* OKLAHOMA ET AL., 427 U. S. 904;

No. 75–1480. BANNERT *v.* AMERICAN CAN CO., 426 U. S. 942;

No. 75–1550. VORBECK ET AL. *v.* MCNEAL ET AL., 426 U. S. 943;

No. 75–1592. DAVIS *v.* DAVIS, 426 U. S. 943;

No. 75–1608. WHITNEY *v.* BRANN ET VIR, 426 U. S. 922;

No. 75–5022. MITCHELL *v.* GEORGIA, 428 U. S. 910;

No. 75–5209. SPENKELINK *v.* FLORIDA, 428 U. S. 911;

No. 75–5817. SMITH *v.* ESTELLE, CORRECTIONS DIRECTOR, 427 U. S. 905;

No. 75–6250. SMITH, AKA MACHETTI *v.* GEORGIA, 428 U. S. 910;

No. 75–6483. JACKSON *v.* UNITED STATES, 426 U. S. 951;

No. 75–6536. MASON *v.* GEORGIA, 428 U. S. 910;

No. 75–6577. CORTO *v.* CALIFORNIA, 426 U. S. 910;

No. 75–6596. ALVORD *v.* FLORIDA, 428 U. S. 923;

No. 75–6605. WHITE *v.* GUILD, 426 U. S. 915;

No. 75–6653. PULLIAM *v.* GEORGIA, 428 U. S. 911;

No. 75–6666. HOHENSEE ET AL. *v.* GRIER ET AL., 426 U. S. 940;

No. 75–6669. MITCHELL *v.* NEW HAMPSHIRE, 426 U. S. 940; and

No. 75–6787. MAYOLA *v.* ALABAMA, 426 U. S. 933. Petitions for rehearing denied.

No. 74–958. UNITED STATES ET AL. *v.* JANIS, 428 U. S. 433; and

No. 75–1558. NATIONAL HOCKEY LEAGUE ET AL. *v.* METROPOLITAN HOCKEY CLUB, INC., ET AL., 427 U. S. 639. Petitions for rehearing denied. MR. JUSTICE STEVENS took no part in the consideration or decision of these petitions.

No. 74–1055. STONE, WARDEN *v.* POWELL, 428 U. S. 465; and

No. 74–1222. WOLFF, WARDEN *v.* RICE, 428 U. S. 465. Petitions for rehearing and/or modification denied.